No. 88–1188.   LEARNED v. CITY OF BELLEVUE, WASHINGTON. C. A. 9th Cir.   Certiorari denied.

No. 88–1190.   FRIEDMAN v. MONTGOMERY COUNTY, MARYLAND.   Ct. Sp. App. Md.   Certiorari denied.

No. 88–1192.   GRAHAM v. BETTIS, JUDGE, ET AL.   Ct. App. Ohio, Columbiana County.   Certiorari denied.

No. 88–1193.   SOUTHWESTERN BELL TELEPHONE CO. v. CONTINENTAL CASUALTY CO.   C. A. 10th Cir.   Certiorari denied.

No. 88–1197.   DRAKE TOWING CO., INC., ET AL. v. ATWOOD ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 88–1199.   HEMON ET AL. v. OFFICE OF PUBLIC GUARDIAN ET AL.   Sup. Ct. N. H.   Certiorari denied.

No. 88–1201.   HARDEN v. BERT ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 88–1202.   LEIDY v. STRANAHAN ET AL.; and LEIDY v. SHARON HERALD NEWSPAPER CO. ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 88–1206.   DELTA TRUCK & TRACTOR, INC. v. J. I. CASE CO. ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 88–1209.   BAUER ET UX. v. WALDSCHMIDT, TRUSTEE OF THE BANKRUPTCY ESTATE OF BAUER, ET AL.   C. A. 6th Cir. Certiorari denied.

No. 88–1211.   HUNT ET AL. v. JEFFERSON SAVINGS & LOAN ASSN.   Ct. App. Tex., 5th Dist.   Certiorari denied.

No. 88–1212.   HOFFMAN v. CITY OF TROY, MICHIGAN.   Ct. App. Mich.   Certiorari denied.